| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2020
David J. Bradley, Clerk

Sebastian Drayton, §
    Petitioner, §
§
v. §
§ Civil Action H-19-4903
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

# Order of Adoption

On November 9, 2020, Magistrate Judge Peter Bray filed a report and recommendation (13) recommending that the court deny Sebastian Drayton's petition for writ of habeas corpus. Drayton filed objections (14), which are denied. Drayton requests for the first time in his objections that the court stay and abate the case to allow him to exhaust claims that he has not raised in his federal petition. That request is denied. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November _20_, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge